Commonwealth *v.* Nawaczynski, Appellant.

Submitted March 20, 1972. *Ralph W. D. Levan,* Assistant Public Defender, for appellant; *Grant E. Wesner,* Deputy Dis-

trict Attorney, and *Robert L. VanHoove,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.